**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2257**

JOE L. ADAMS, JR.,

        Plaintiff - Appellant,

    v.

UNITED STATES POST OFFICE,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Mary G. Lewis, District Judge.  (0:25-cv-06152-MGL-KDW)

Submitted:  June 18, 2026                        Decided:  June 23, 2026

Before GREGORY and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Joe Louis Adams, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe L. Adams, Jr., seeks to appeal the district court's order denying his motion to reassign the underlying action to different district court and magistrate judges. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Adams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *Cf. In re Virginia Elec. & Power Co.*, 539 F.2d 357, 364 (4th Cir. 1976) ("We recognize that this court has held that a District Judge's denial . . . of a motion to disqualify . . . is not a final and appealable order." (internal block quotation omitted)). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2